# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0030
Lower Tribunal No. 15-CF-9544

_____

RODRECIUS HAMILTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Sharon M. Franklin, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and BROWNLEE, JJ., concur.


David Maldonado, of The Maldonado Law Firm, P.A., Lakeland, for Appellant.

Rodrecius Hamilton, Graceville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED